IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,     CIV. S-03-1989-LKK-PAN-PS

   v.

JOSEPH VERNI, et al.,     ORDER

        Defendants.
_____/

       This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On July 28, 2005, Judge Nowinski recommended that default be entered against defendants Joseph Verni, Juanita Smith and Rich Bellon as trustee of Appy Acres Trust.  No objections to the findings and recommendation have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed July 28, 2005, are adopted in full;

    2.  The clerk shall enter default judgment against defendants Joseph Verni, Juanita Smith and Rich Bellon as trustee of Appy Acres Trust; and

    3.  The property is to be sold and the proceeds paid first to the costs of sale, then to satisfy the superior liens of the lenders as previously agreed upon by the parties, then to satisfy in whole or in part the federal tax lien and accrued but unassessed interest and the balance, if any, to the taxpayers.

DATED:  September 12, 2005.

                              /s/Lawrence K. Karlton
                              UNITED STATES DISTRICT JUDGE