UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814



FILED

SEP 1 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

USA

v.

JOSEPH VERNI ET AL

_____

DEFAULT JUDGMENT

Case No. CIV S-03-1989 LKK PAN PS

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

Joseph Verni, Juanita Smith and Rich Bellon as Trustee of Appy Acres Trust.

September 13, 2005

JACK L. WAGNER, CLERK

By: _____
NDDuong, Deputy Clerk