McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSEPH VERNI, et al.,<br><br>                    Defendants. | Civil No. S-03-1989 LKK PAN<br><br>**ORDER CONFIRMING JUDICIAL SALE** |

A Final Judgment and Order of Judicial Foreclosure was entered by this Court in the above-entitled action, on March 27, 2006, ordering, *inter alia*, that federal tax liens be foreclosed against the subject property, described below.

1.     This action was commenced to enforce federal tax liens against real property located at 79 Rolling Hills Court, Oroville, California, 95966 ("subject property"), which is particularly described as follows:

   Parcel A: Parcel 3, as shown on the Parcel Map of a portion of the West half of Section 26, Township 19 North, Range 4 East, M.D.B. & M., which map was filed in the office of the Recorder of the County of Butte, State of California, on August 1, 1979 in Book 71 of Parcel Maps, at page 71.

   Parcel B: A non-exclusive easement for road and public utility purposes over Parcels 2 and 3 of Parcel Map filed November 5, 1975 in Book 53 of Parcel Maps, at pages 90, 91 and 92.

2.     For four weeks prior to August 14, 2006, a Notice of Sale describing the subject property and summarizing terms of sale was published in the Mercury Register, a newspaper of

1    general circulation in the county in which the subject property is located.

2         3.    On August 14, 2006, at 1 p.m., at the subject property, the United States offered
3    for sale at public auction to the highest bidder the subject property.  The successful bidder, Scott
4    L. Schulman, bid $295,000 and paid a deposit of $29,500 to the United States Treasury.

5         4.    As of the date of this Order, no objection to sale has been filed.

6         5.    Upon receipt of payment in full, the Internal Revenue Service is hereby ordered
7    and authorized to execute and deliver a Certificate of Sale and Deed conveying the subject
8    property to the purchaser, Scott L. Schulman.

9         6.    On delivery of the Certificate of Sale and Deed, all interests in, liens against, or
10   claims to, the realty that are held or asserted by the plaintiff or any of the defendants in this
11   action are discharged.

12        7.    Possession of the property sold shall be yielded to the purchaser upon the
13   production of a copy of the Certificate of Sale and Deed; and if there is a refusal to so yield, a
14   Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel
15   delivery of the subject property to the purchaser.

16        8.    The Internal Revenue Service shall distribute the amount paid by the purchaser
17   according to the priority set forth in the Final Judgment and Order of Judicial Sale.

18        **IT IS SO ORDERED.**

19

20   Dated: September 28, 2006.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```